19 F.3d 645
 U.S.
v.
Griffin (Wayne Anthony), a/k/a English (Bitt), Phillips
(Willie James, III), a/k/a Willie, Hammond (Otis, Jr.),
Mitchell (Sterling Dion), a/k/a Sterk; U.S. v. Thomas
(Hershel Wayne), a/k/a Thomas (Hersehel Wayne), a/k/a
Johnson (Wayne), a/k/a Wayne, Deshaney (Mark Allen),
Mitchell (Benjamin Eric), a/k/a Eric, Mitchell (Sterling
Dion), a/k/a Sterk, Hawks(Edward M.) Steiner (Wayne), a/k/a
Wayne, McCorkle (Patrick M.)
 NOS. 93-3312, 93-3313
 United States Court of Appeals,
Third Circuit.
 Feb 08, 1994
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.